UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA NUMERICK,

       Plaintiff,

                                                  Case No. 12-CV-14427
vs.                                      HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION GRANTING MOTION TO REMAND [DOC. #7]

      This matter is before the court on Magistrate Judge Whalen's report and recommendation to grant defendant's unopposed motion to remand the case to the Commissioner pursuant to Sentence Six of 42 U.S.C. § 405(g). [Doc. 6] For the reasons stated in the report and recommendation, the motion to remand is GRANTED, with this court retaining jurisdiction pending the completion of further administrative proceedings on remand.

      SO ORDERED.

Dated: January 17, 2013

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 17, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk