UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA NUMERICK,

        Plaintiff,

                              Case No. 12-CV-14427
vs.                             HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## J U D G M E N T

The above entitled matter has come before the court on Magistrate Judge Whalen's report and recommendation to grant defendant's unopposed motion to remand the case to the Commission pursuant to Sentence Six of 42 U.S.C. § 405(g). In accordance with the court's order accepting the report and recommendation entered on January 17, 2013,

IT IS ORDERED AND ADJUDGED that the defendant's motion to remand the case to the Commissioner IS GRANTED. The Court will retain jurisdiction pending the completion of further administrative proceedings on remand.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                By: <u>Marcia Beauchemin</u>
                                                    Deputy Clerk

Dated: January 17, 2013
       Detroit, Michigan.

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 17, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk